# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 01, 2015

| | | |
|---|---|---|
| Mr. Jerry L. Malone<br>MALONE LAW FIRM<br>13600 Water Fowl Way<br>Upper Marlboro, MD 20774 | Mr. James Ellis Smedley<br>Suite 612<br>221 W. Second Street<br>Little Rock, AR  72201 | Mr. John Winfred Walker<br>JOHN W. WALKER P.A.<br>1723 Broadway<br>Little Rock, AR  72206 |

RE:  15-2915  Jasper Mays, et al v. Hamburg School District, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc: Mr. Walter Paul Blume
    Ms. Felisha Dawn Burson
    Mr. Herman L. Hamilton Jr.
    Mr. James Andrew Hamilton
    Mr. Christopher R. Johnson

    District Court/Agency Case Number(s): 1:88-cv-01076-SOH

**Caption For Case Number:   15-2915**

Jasper Mays, Reverend, on behalf of minors Rodney O'Neill Mays and Timothy Arnell Mays, By next friend Rodney O'Neill Mays, By next friend Timothy Arnell Mays; Pamela Taylor, on behalf of infants Yolanda Taylor, Paul Taylor and April Taylor, By next friend Yolanda Taylor, By next friend Paul Taylor, By next friend April Taylor; Charlie Fay Moore, on behalf of Keno Moore and Lavyonne Moore, By next friend Keno Moore, By next friend Lavyonne Moore; Rosie Dunn, on behalf of Keshia Dunn and Alice Dunn, By next friend Keshia Dunn, By next friend Alice Dunn; Marzell Morrison, on behalf of minors Tequila Orange and Corey Orange, By next friend Tequila Orange, By next friend Corey Orange; Shanda Conley; Makeda Dunn; Tina Dunn; Debbie Mooney; April Moore; Kastrina Robinson; Mary Butler; Sammie Butler; Ella Mae Collins; Rita Moore; Kim Penn; Carl Robinson; Larry Waters

        Plaintiffs - Appellants

v.

The Board of Education of the Hamburg School District, a public body corporate; Charles F. Allen, Superintendent of Schools of the Hamburg School District

        Defendants - Appellees

**Addresses For Case Participants:   15-2915**

Mr. Jerry L. Malone
MALONE LAW FIRM
13600 Water Fowl Way
Upper Marlboro, MD  20774

Mr. James Ellis Smedley
Suite 612
221 W. Second Street
Little Rock, AR  72201-0000

Mr. John Winfred Walker Sr.
JOHN W. WALKER
1723 Broadway
Little Rock, AR  72206-0000

Mr. Walter Paul Blume
P.O. Box 3065
Little Rock, AR  72203

Mr. Herman L. Hamilton Jr. and
   Mr. James Andrew Hamilton
HAMILTON & HAMILTON
P.O. Drawer 71
Hamburg, AR  71646-1801

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Room 205
101 S. Jackson Avenue
El Dorado, AR  71730-6133

Ms. Felisha Dawn Burson
U.S. DISTRICT COURT
U.S. Post Office & Courthouse
101 S. Jackson Avenue, Room 306
El Dorado, AR  71730-0000