IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JASPER MAYS, ET AL.                         PLAINTIFFS/
                                                                   APPELLANTS

Vs.                           CASE NO. 15-2915

ARKANSAS DEPARTMENT OF
EDUCATION, ET AL.                            DEFENDANTS/
                                                                     APPELLEES

**NOTICE OF DESIGNATION OF THE RECORD**

Appellants, Jasper Mays. Rosie Dunn, Charlie Fay Moore, Make Dunn, Shanda Conley, Tina Dunn, Debbie Mooney, April Moore, Katrina Robinson, Mary Butler, Sammie Butler, Ellie Mae Collins, Rita Moore, Kim Moore, Carl Rollins and Larry Waters, through undersigned counsel, submit the following Designation of the Record.

Appellants hereby designate the record as all matters beginning with the January 21, 2014 filing of ECF No. 71 through and including the court's order filed filed as EF No. 141. Additionally, appellants designate ECF 49 as a part of the record.

                                    Respectfully submitted,

                                    /s/ John W. Walker

                                    John W. Walker, P.A.
                                    1723 Broadway
                                    Little Rock, Arkansas 72206
                                    501-374-3758
                                    501-374-4187 (facsimile)
                                    Email: johnwalkeratty@aol.com

## CERTIFICATE OF SERVICE

      I, John W. Walker, hereby certify that on this 17th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit usinf the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


      <u>/s/ John W. Walker</u>