IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JASPER MAYS, ET AL.                                    PLAINTIFFS/
                                                       APPELLANTS

Vs.                        CASE NO. 15-2915

ARKANSAS DEPARTMENT OF
EDUCATION, ET AL.                                      DEFENDANTS/
                                                       APPELLEES

### NOTICE OF METHOD OF APPENDIX PREPARATION

Appellants, Jasper Mays. Rosie Dunn, Charlie Fay Moore, Make Dunn, Shanda Conley, Tina Dunn, Debbie Mooney, April Moore, Katrina Robinson, Mary Butler, Sammie Butler, Ellie Mae Collins, Rita Moore, Kim Moore, Carl Rollins and Larry Waters, through undersigned counsel, submit the following Notice of Method of Appendix Preparation.

Pursuant to Fed. R. App. App. P. 30 and 8th Cir. R 30A, Appellants shall file a separate appendix. If Appellees believe it is necessary, Appellees will file separate appendix.

Respectfully submitted,

/s/ John W. Walker

John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email: johnwalkeratty@aol.com

1

## CERTIFICATE OF SERVICE

I, John W. Walker, hereby certify that on this 17th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ John W. Walker