IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JASPER MAYS, ET AL.                                              PLAINTIFFS/
                                                                 APPELLANTS

Vs.                          CASE NO. 15-2915

ARKANSAS DEPARTMENT OF
EDUCATION, ET AL.                                                DEFENDANTS/
                                                                 APPELLEES

## NOTICE OF ORDER FOR TRANSCRIPT

Notice of Appeal to the United States Court of Appeals for the Eighth Circuit was filed in the above case on August 24, 2015 in the United States District Court for the Western District of Arkansas, El Dorado Division.

Pursuant to Rule 10(b) Federal Rules of Appellate Procedure, the Appellant hereby orders the following portions of the transcript: June 10-11, 2014 and April 27-28, 2015. See ECF No. 145.

> Respectfully submitted,
>
> /s/JohnW. Walker
> John W. Walker, P.A.
> 1723 Broadway
> Little Rock, Arkansas  72206
> 501-374-3758
> 501-374-4187 (facsimile)
> Email: johnwalkeratty@aol.com
> Attorney for Appellant

CERTIFICATE OF SERVICE

I, John W. Walker, hereby certify that on this 17th day of September, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States

1

Court of Appeals for the Eighth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>/s/ John W. Walker</u>

2

Appellate Case: 15-2915     Page: 2     Date Filed: 09/17/2015 Entry ID: 4317744