IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JASPER MAYS, ET AL.                                    PLAINTIFFS/
                                                       APPELLANTS

Vs.                          CASE NO. 15-2915

ARKANSAS DEPARTMENT OF
EDUCATION, ET AL.                                      DEFENDANTS/
                                                       APPELLEES

## MOTION FOR EXTENSION OF TIME

Appellants, Jasper Mays. Rosie Dunn, Charlie Fay Moore, Make Dunn, Shanda Conley, Tina Dunn, Debbie Mooney, April Moore, Katrina Robinson, Mary Butler, Sammie Butler, Ellie Mae Collins, Rita Moore, Kim Moore, Carl Rollins and Larry Waters, through undersigned counsel, move that the Clerk extend the time in which to file their Brief, Addendum and Appendix, and in support states the following:

1. Appellants' Brief and Addendum is due on October 23, 2015.

2. Appellants received the transcript from the court reporter on October 14, 2015.

3. Additional time is needed to review the transcript in this matter.

4. For the reasons stated above, Appellants request an additional 28 days or until Friday, November 20, 2015, in which to file their Brief, Appendix and Addendum herein.

5. Appellees' counsel, James Hamilton, was contacted and stated that he

does not oppose the request for a reasonable extension.  Additionally, counsel for Intervenors has been contacted and, likewise, has granted his consent.

WHEREFORE, Appellants respectfully request that the Clerk extend the time in which to file their Brief, Addendum and Appendix up to and including Friday, November 20, 2015.

Respectfully submitted,

/s/Jerry L. Malone
Jerry L. Malone
MALONE LAW FIRM
10021 W. 36th Street
Little Rock, Arkansas  72204
Phone:  202-320-0258
Email:  jerry@JLMaloneLaw.com

John W. Walker, P.A.
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758
501-374-4187 (facsimile)
Email: johnwalkeratty@aol.com

CERTIFICATE OF SERVICE

I, Jerry L. Malone, hereby certify that on this 15th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jerry L. Malone