# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2915

Jasper Mays, Reverend, on behalf of minors Rodney O'Neill Mays and Timothy Arnell Mays, By next friend Rodney O'Neill Mays, By next friend Timothy Arnell Mays, et al.

Appellants

v.

The Board of Education of the Hamburg School District, a public body corporate and Charles F. Allen, Superintendent of Schools of the Hamburg School District

Appellees

------------------------------------------------------------

Appeal from U.S. District Court for the Western District of Arkansas - El Dorado
(1:88-cv-01076-SOH)

------------------------------------------------------------

**ORDER**

Appellants' motion for an extension of time to file the brief is granted in part. Appellants may have until November 13, 2015 to file the brief.

October 16, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans